AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 02, 2026**

SEAN F. MCAVOY, CLERK

CHRISTINA C.,            )
*Plaintiff*              )
v.                       )        Civil Action No.  1:25-CV-3111-TOR
                         )
                         )
FRANK BISIGNANO,
Commissioner of Social Security
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Opening Brief (ECF No. 9) is GRANTED in part.
Pursuant to 42 U.S.C. § 405(g) this matter is REVERSED and REMANDED to the Commissioner for further proceedings.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    Thomas O. Rice _____

Date:  March 2nd, 2026 _____         CLERK OF COURT

                                       s/Sean F. McAvoy _____
                                       *Signature of Clerk*