AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 05, 2026**

SEAN F. McAVOY, CLERK

CHRISTINA C., )
*Plaintiff* )
v. )       Civil Action No.   1:25-CV-3111-TOR
)
)
FRANK BISIGNANO, )
Acting Commissioner of Social Security,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiff's Motion for EAJA Attorney's Fees (ECF No. 20) is GRANTED.
The Commissioner is directed to pay EAJA fees in the amount of $5,556.89 for attorney's fees and costs.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Thomas O. Rice _____

Date:   June 5th, 2026 _____

*CLERK OF COURT*


s/Sean F. McAvoy _____
*Signature of Clerk*